**Order entered August 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00199-CR

**NICKY EUGENE NICKENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00006-M**

## ORDER

The reporter's record, due March 31, 2019, was filed August 20, 2019. In light of this, we **VACATE** that portion of our August 19, 2019 order that orders Belinda Baraka not sit as a court reporter.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

Appellant's brief is **DUE** thirty days from the date of this order.

/s/     CORY L. CARLYLE
          JUSTICE